| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH, | Case No. 1:24-cv-00538-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| MERCY AYODELE, et al., | (Doc. 2) |
| Defendants. | THIRTY (30) DAY DEADLINE |

On May 6, 2022, Plaintiff Candace Smith ("Plaintiff"), proceeding pro se, filed this civil action. (Doc. 1.) Upon initiation of this action, Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.)

In order to proceed without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that she "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff's application is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action. Notably, Plaintiff's application indicates that she has received money from a business, profession, or other self-employment in the past twelve (12) months. (Doc. 2 at 1.) However, Plaintiff does not describe the source of the money, state the amount received, or state what she expects she will continue to receive, which is required by

the form application. (*Id.* at 1-2.) Plaintiff must identify all assets and sources of income or money that she receives and the amount of that income or money.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:   **May 13, 2024**              /s/ *Barbara A. McAuliffe*            
                                                  UNITED STATES MAGISTRATE JUDGE