**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANDACE SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCY AYODALE, et al.,<br><br>        Defendants. | Case No.: 1: 24-cv-0538 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

      Candace Smith alleges the defendants are "special agents from the country of Nigeria" are are liable to her for violations of federal and state criminal acts. (*See* Doc. 9 at 1, 3-5.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2), and found Plaintiff failed to allege facts sufficient to support a conclusion that the Court has jurisdiction over her claims. (Doc. 11 at 3-6.) The magistrate judge found that "Plaintiff's allegations rise to the level of the irrational or wholly incredible." (*Id.* at 6.) The magistrate judge determined the amended complaint "is frivolous, lacking an arguable basis in fact, and does not state a plausible claim for relief." (*Id.* at 7.) Based upon these findings, the magistrate judge recommended "this action be dismissed with prejudice." (*Id.*)

      The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 14 days. (Doc. 11 at 7.) The Court advised her that the "failure to file objections within the specified time may result in the waiver of the 'rights to challenge the magistrate

1

judge's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the finding that the district court lacks jurisdiction over the claims is supported by the record and proper analysis.  Likewise, the Court agrees the amended complaint appears frivolous.  However, based upon the initial finding that the Court lacks jurisdiction, the Court finds dismissal *without* prejudice is proper.  *See Kelly v. Fleetwood Enters.*, Inc., 377 F.3d 1034, 1036 (9th Cir. 2004) ("because the district court lacked subject matter jurisdiction, the claims should have been dismissed without prejudice"); *Anrig v. Ringsby United*, 603 F.2d 1319, 1327 (9th Cir. 1978) (indicating dismissal for lack of diversity jurisdiction should be without prejudice).  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 19, 2024 (Doc. 11) are adopted in part.
2. The action is dismissed without prejudice for lack of jurisdiction.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 8, 2024**

UNITED STATES DISTRICT JUDGE